Decided May 9, 1996

### CHERYL SCHULT *v.* JEFFREY SCOT SCHULT

The petition by the guardian ad litem for the minor child for certification for appeal from the Appellate Court, 40 Conn. App. 675 (AC 13482), is granted, limited to the following issue:

"In an action for dissolution of a marriage, if a child is represented by both a guardian ad litem and an attorney,

does the attorney for the child have the authority to express an opinion on behalf of the child that differs from the opinion of the guardian ad litem?"

The Supreme Court docket number is SC 15418.

*Elizabeth Gleason,* in support of the petition.

*John J. Bennett* and *Colette Griffin,* in opposition.

Decided May 9, 1996